UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Key West Division

Case Number:09-10085-CIV-MARTINEZ-WHITE

DANIEL A. SWETOKOS,

    Plaintiff,

vs.

KEENA ALLEN, et al.,

    Defendants.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE WHITE'S REPORT AND CLOSING CASE

THE MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge for a Report on Plaintiff's *pro se* civil rights complaint filed pursuant to 42 U.S.C. § 1983. Magistrate Judge White filed a Report (D.E. No. 71), recommending that Plaintiff's motion for summary judgment be denied and that Defendants' cross-motion for summary judgment be granted. The Court has reviewed the entire file and record and notes that no objections have been filed. After careful consideration, the Court affirms Magistrate Judge White's Report. Accordingly, it is hereby:

**ADJUDGED** that United States Magistrate Judge White's Report **(D.E. No. 71)** is **AFFIRMED** and **ADOPTED**. Accordingly, it is

    **ADJUDGED** that

        1.    Plaintiff's Motion for Summary Judgment (D.E. No. 28) is **DENIED**.

        2.    Defendants' Cross-Motion for Final Summary Judgment (D.E. No. 57) is **GRANTED**.

3.   This Case is **CLOSED** and all pending motions are **DENIED as MOOT**.

DONE AND ORDERED in Chambers at Miami, Florida, this 8 day of July, 2010.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge
All Counsel of Record
Daniel A. Swetokos